City Connection Realty, Plaintiff-Respondent,
against
Mira Zivkovich, Defendant-Appellant.




Defendant appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Sabrina B. Kraus, J.), entered on or about June 20, 2019, after trial, in favor of plaintiff and awarding it damages in the principal sum of $5,000.00.




Per Curiam.
Judgment (Sabrina B. Kraus, J.), entered on or about June 20, 2019, affirmed, without costs.
The award to plaintiff of a real estate brokerage commission achieved "substantial justice" between the parties according to the rules and principles of substantive law (CCA 1807; see Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]). The evidence showed that defendant, the owner of an investment property, contractually agreed to allow plaintiff-broker to offer the property, an apartment, for rent at $4,300 per month, and to pay plaintiff a 15% commission "of the first year's aggregate rent" paid by a tenant. The evidence credited by the court also showed that plaintiff produced a tenant ready, willing and able to rent the apartment on the specified terms.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 21, 2020